**Order entered January 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-12-00280-CR**
**No. 05-12-00281-CR**
**No. 05-12-00282-CR**

---

**LARRY MICHELLE SCHULZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-00512-NJ, F10-00517-J, F10-00518-J**

---

## ORDER

The Court **REINSTATES** the appeals.

On November 29, 2012, we ordered the trial court to conduct a hearing to determine the proper amount of restitution. We **ADOPT** the finding that the parties have reached an agreement regarding the amount of restitution.

We **ORDER** the trial court to file a supplemental record, within **THIRTY DAYS** from the date of this order, setting out the amount of restitution as agreed by the parties.

The appeals will proceed after the Court receives the supplemental clerk's record.

/s/     DAVID L. BRIDGES
           JUSTICE